UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-62009-CIV-MORENO

ENRIQUE MADRINAN,

        Plaintiff,

vs.

THE CITY OF HOLLYWOOD,

        Defendant.

_____/

## ORDER CLOSING CASE FOR STATISTICAL PURPOSES AND PLACING MATTER IN CIVIL SUSPENSE FILE

THIS CAUSE THIS CAUSE came before the Court upon the Motion to Stay Proceedings Pending Completion of Construction to Remedy ADA Violations **(D.E. 11)**, filed on **December 5, 2016.**

The City has advised the Court that it is in the process of remedying the ADA violations described in the complaint. To allow the City time to comply with the ADA and to remedy the violations alleged in the Complaint, the Court stays this case until April 15, 2017. The City shall promptly advise this Court as to the completion of the work. Accordingly, it is

**ADJUDGED** that:

I.     The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

II.    The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

III.     This order shall not prejudice the rights of the parties to this litigation.

IV.     Plaintiff SHALL notify the Court by April 15, 2017, and every three months thereafter of the current status of the proceedings and when this action is ready to proceed.

DONE AND ORDERED in Chambers at Miami, Florida, this ___7___ of December 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record