UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-62009-CIV-MORENO

ENRIQUE MADRINAN,

    Plaintiff,

vs.

THE CITY OF HOLLYWOOD,

    Defendant.
_____/

## ORDER DENYING MOTION TO REOPEN CASE AND LIFT STAY

THIS CAUSE came before the Court upon Plaintiff's Motion to Reopen Case **(D.E. No. 14)** and Plaintiff's Motion to Lift Stay **(D.E. 20)**.

THE COURT has considered the motions, the responses, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motions are DENIED with leave to refile after **September 29, 2017** in view of the City's report that the corrective work is be to completed by July 28, 2017.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th of July 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record